UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN RE LISA GAIL SKUMPIJA,        ) | |
|                 Debtor,   ) | |
|          ) | |
| J. NICHOLAS ELLIS, as Chapter 7   ) | |
| Trustee for Lisa Gail Skumpija,        ) | |
|               Appellant,  ) | |
|          ) | |
| v.         ) | **JUDGMENT** |
|          ) | |
|          ) | No. 5:14-CV-45-F |
| LISA GAIL SKUMPIJA,        ) | |
|               Appellee.   ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the matter is remanded to the Bankruptcy Court and the Clerk of Court is directed to close this case. The court dispenses with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

**This Judgment Filed and Entered on August 14, 2014, and Copies To:**

J. Nicholas Ellis (CM/ECF Notice of Electronic Filing)
Meghan E.B. Pridemore (CM/ECF Notice of Electronic Filing)
Travis Philip Sasser (CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| August 14, 2014 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |